# ATTENTION! USED CAR MANAGERS, BUYERS AND OWNERS!

**THIS WEEK SEPTEMBER 13th 3:00 PM**

*Come Early!* **$150 CASH!** *Beginning of Sale*

**BUYERS** *You Won't Want To Miss This Sale!*
*Cash Give-A-Way!*

**Extreme Dodge** Karl 50+ Units  $500 Cash Lucky Buyer
**Seymour Ford** 30/35 Units      **Henkel Chrysler** 15 Units
**Germain Honda** 15+ Units       **Sawyer Chevrolet** 10+ Units

400+ Units  **AFC**  60 Days Only $60  *Great Selection*
Buyers - "Take Advantage"

Glenn Buege Buick, Jim Winter Buick, Isselhardt Nissan, Szott's Stores, Kia of Jackson, Young Group, Albion Motors Ford, Courtesy Chrysler, Caron Chevrolet, Albion Motors, Kip Killmon Ford, Suburban Stores, Many More!



Late Models, Low Mileage, Green Light Vehicles

**Lease Vehicles** — Be The Last Bidder!

| | | | | |
|---|---|---|---|---|
| '13 Fusion | '13 Captiva | '13 Patriot | '16 Focus | '16 Journey |
| '08 Yukon | '08 Enclave | '15 Equinox | '14 Escape | '09 Corolla |
| '14 Impala | '16 Cherokee | '14 Escape | '16 Equinox | '14 Escape |
| '14 Impala | '16 Fusion | '15 Equinox | '14 Econoline | '13 Econoline |
| '16 Cherokee | '14 Impala | '16 Fusion | '14 Impala | |

PARTIAL LIST

*We Love Our Independent Dealers As Much As Our New Car Stores!*

**NEXT WEEK ~ SEPTEMBER 20th**

*Featuring* **Art Moehn Chevrolet**



**Take Advantage!!** *"Professional Financial Assistance"* Call Stacey @ 260-667-4616

*The image of a "Lesser" Car Auction is in the past!*



*The Auction With The Servants Heart*
12000 Norton Rd Parma, MI 49269
**Ph: 800-343-3182**

GIVEN AS A SERVICE BUREAU, THIS DOCUMENT IS FULLY COMPLIANT WITH THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) OF 1991, WITH AN EFFECTIVE DATE OF DECEMBER 20, 1992. IF YOU RECEIVED THIS FAX IN ERROR AND WOULD LIKE YOUR NAME REMOVED, CALL CHERYL 800-343-3182.

Ex. A