# ATTENTION! USED CAR MANAGERS, BUYERS AND OWNERS!

**THIS WEEK SEPTEMBER 20th 3:00 PM**

**$150 Early Bird!** 

## Thank You Dealers! 64.3% Last Week's Results

### Art Moehn Chevrolet — Ted A ~ 100% Seller
### Henkel Chrysler — Jeff S ~ 100% Seller

Chelsea Chevrolet, Grass Lake Chevrolet, Feldman Chevrolet, Albion Ford, Al Deeby Chrysler, Courtesy Chrysler, Kia of Jackson, Young Stores, Germain Honda, LaFontaine Chevy & Ford, Caron Chevrolet, Jim Winter Buick, Fischer Honda, Suburban Stores, Albion Motors, Glenn Buege Buick, Isselhardt Nissan, Szotts Stores, Many More!



**Late Models, Low Mileage, Green Light Vehicles**

**Truck & SUV Sale** — Limited #'s Til Gone, Call Early! — "Tis The Season"




**BUYERS:** Every Week 25-30 New Car Stores Consign To Liquidate Product ~ Don't Miss Out!

### Be The Last Bidder! — Lease Vehicles

| | | | | |
|---|---|---|---|---|
| '14 Fusion | '16 Fusion | '12 Express | '13 Caravan | '11 Taurus |
| '16 Focus | '13 Transit | '15 Transit | '14 Patriot | '16 Fusion |
| '16 Fusion | '15 Escape | '16 Journey | '16 Explorer | '16 Cherokee |
| '14 Focus | '15 Equinox | '15 Equinox | '16 Journey | '14 Focus |
| '12 F250 | | | | |

— PARTIAL LIST —

## NEXT WEEK ~ SEPTEMBER 27th

### 20 LAFCU Repo's — Welcome Lyndsey! One Man's Loss, Another Man's Gain



**Auction Credit** — **Take Advantage!!** "Professional Financial Assistance" Call Stacey @ 260-667-4616



*The image of a "Lesser" Car Auction is in the past!*

**America's Auto Auction** — Interstate 94

__The Auction With The Servants Heart__

12000 Norton Rd Parma, MI 49269

**Ph: 800-343-3182**

GIVEN AS A SERVICE BUREAU, THIS DOCUMENT IS FULLY COMPLIANT WITH THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) OF 1991, WITH AN EFFECTIVE DATE OF DECEMBER 20, 1992. IF YOU RECEIVED THIS FAX IN ERROR AND WOULD LIKE YOUR NAME REMOVED, CALL CHERYL 800-343-3182.

Ex. B